**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT ALLAN POWELL, JR. ON HIS**
**OWN BEHALF AND OTHERS**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                 **Case No. 6:11-cv-719-Orl-28GJK**

**LAKESIDE BEHAVIORAL**
**HEALTHCARE, INC.,**

        **Defendant.**
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 19) filed November 8, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 14, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement (Doc. No. 19) is **GRANTED** to the extent that the Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22nd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge